PHILLIP A. TALBERT
United States Attorney
EMILY G. SAUVAGEAU
MATTHEW DE MOURA
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900



FILED
Apr 18, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>JULIAN ARELLANO-TAYLOR,<br><br>　　　　　　　Defendant. | CASE NO. 2:24-cr-0092 KJM<br><br>18 U.S.C. § 922(a)(1)(A) – Unlawful Dealing in Firearms; 26 U.S.C. § 5861(d) – Possession of an Unregistered Firearm; 26 U.S.C. § 5861(i) – Possession of an Unserialized Firearm; 21 U.S.C. § 841(a)(1) – Distribution of Cocaine (2 counts); 21 U.S.C. § 853(a), 18 U.S.C. § 924(d)(1), 26 U.S.C. § 5872, 28 U.S.C. § 2461(c), and 49 U.S.C. § 80303 – Criminal Forfeiture |

I N D I C T M E N T

COUNT ONE: [18 U.S.C. § 922(a)(1)(A) – Unlawful Dealing in Firearms]

The Grand Jury charges: T H A T

JULIAN ARELLANO-TAYLOR,

defendant herein, beginning no later than on or about May 3, 2023 and continuing to on or about March 3, 2024, in Sacramento County, State and Eastern District of California, not being a licensed dealer of firearms as described in Title 18, United States Code, Section 923, did willfully engage in the business of dealing in firearms, in violation of Title 18, United States Code, Section 922(a)(1)(A).

COUNT TWO: [26 U.S.C. § 5861(d) – Possession of an Unregistered Firearm]    The Grand Jury further charges: T H A T

JULIAN ARELLANO-TAYLOR,

defendant herein, on or about May 3, 2023, in Sacramento County, State and Eastern District of California, did knowingly possess a firearm, as defined in Title 26, United States Code, Section 5845(a)(3), specifically, a .223 caliber short-barrel rifle with no serial number and a barrel of less than 16 inches in length, which was not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Section 5861(d).

COUNT THREE: [26 U.S.C. § 5861(i) – Possession of an Unserialized Firearm]

The Grand Jury further charges: T H A T

JULIAN ARELLANO-TAYLOR,

defendant herein, on or about May 3, 2023, in Sacramento County, State and Eastern District of California, did knowingly possess a firearm which was not identified by a serial number, as required by Chapter 53 of Title 26 of the United States Code, specifically, a .223 caliber short-barrel rifle with no serial number and a barrel of less than 16 inches in length, in violation of Title 26, United States Code, Section 5861(i).

COUNT FOUR: [21 U.S.C. § 841(a)(1) – Distribution of Cocaine]

The Grand Jury further charges: T H A T

JULIAN ARELLANO-TAYLOR

defendant herein, on or about September 29, 2023, in Sacramento County, State and Eastern District of California, did knowingly and intentionally distribute cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

COUNT FIVE: [21 U.S.C. § 841(a)(1) – Distribution of Cocaine]

The Grand Jury further charges: T H A T

JULIAN ARELLANO-TAYLOR

defendant herein, on or about October 11, 2023, in Sacramento County, State and Eastern District of California, did knowingly and intentionally distribute cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

FORFEITURE ALLEGATION: [21 U.S.C. § 853(a), 18 U.S.C. § 924(d)(1), 26 U.S.C. § 5872, 28 U.S.C. § 2461(c), and 49 U.S.C. § 80303 – Criminal Forfeiture]

1. Upon conviction of the offense alleged in Count One of this Indictment, defendant JULIAN ARELLANO-TAYLOR shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing or willful commission of the offense.

2. Upon conviction of one or more of the offenses alleged in Counts Two and Three of this Indictment, defendant JULIAN ARELLANO-TAYLOR shall forfeit to the United States pursuant to Title 26, United States Code, Section 5872; Title 28, United States Code, Section 2461(c); and Title 49, United States Code, Section 80303, any firearms involved in the commission of the offenses; any property used, or intended to be used in the commission of the offenses; and any aircraft, vehicle, or vessel involved in the commission of the offenses.

3. Upon conviction of one or more of the offenses alleged in Counts Four and Five of this Indictment, defendant JULIAN ARELLANO-TAYLOR shall forfeit to the United States pursuant to Title 21, United States Code, Section 853(a), the following property:

    a. Any real or personal property, which constitutes or is derived from proceeds obtained, directly or indirectly, as a result of such offenses; and any property used, or intended to be used, in any manner or part to commit or to facilitate the commission of the offenses.

    b. A sum of money equal to the total amount of proceeds obtained as a result of the offenses, for which defendant is convicted.

4. If any property subject to forfeiture, as a result of the offenses alleged in Counts One through Five of this Indictment, for which defendant is convicted:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

INDICTMENT

3

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of defendant, up to the value of the property subject to forfeiture.

A TRUE BILL.

**/s/ Signature on file w/AUSA**

FOREPERSON

*[signature]*

PHILLIP A. TALBERT
United States Attorney

INDICTMENT                                    4

*No.* _____  2:24-cr-0092 KJM

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

### THE UNITED STATES OF AMERICA
*vs.*

### JULIAN ARELLANO-TAYLOR

### I N D I C T M E N T

**VIOLATION(S):** 18 U.S.C. § 922(a)(1)(A) – Unlawful Dealing in Firearms
26 U.S.C. § 5861(d) – Possession of an Unregistered Firearm;
26 U.S.C. § 5861(i) – Possession of an Unserialized Firearm;
21 U.S.C. § 841(a)(1) – Distribution of Cocaine (2 counts);
21 U.S.C. § 853(a), 18 U.S.C. § 924(d)(1), 26 U.S.C. § 5872, 28 U.S.C. § 2461(c),
and 49 U.S.C. § 80303 – Criminal Forfeiture

*A true bill,*

**/s/ Signature on file w/AUSA**
_____
*Foreman.*

*Filed in open court this* \_18th_____ *day*

*of* \_April_____, *A.D.* 20 \_24\_\_\_

\_/s/ Alexandra Waldrop_____
*Clerk.*

*Bail, $* **No Bail Warrant Pending Hearing**

*[signature: Chi Soo Kim]*
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

GPO 863 525

2:24-cr-0092 KJM

## United States v. Arellano-Taylor
### Penalties for Indictment

**COUNT 1:**

VIOLATION:  18 U.S.C. § 922(a)(1)(A) – Unlawful Dealing and Manufacturing Firearms

PENALTIES:  Imprisonment of up to 5 years; or
Fine of up to $250,000; or both fine and imprisonment
Supervised release of up to 3 years

SPECIAL ASSESSMENT: $100 (mandatory)

**COUNTS 2 & 3:**

VIOLATION:  26 U.S.C. § 5861(d) – Possession of an Unregistered Firearm (Count 2)
26 U.S.C. § 5861(i) – Possession of an Unserialized Firearm (Count 3)

PENALTIES:  Imprisonment of up to 10 years; or
Fine of up to $250,000; or both fine and imprisonment
Supervised release of up to 3 years

SPECIAL ASSESSMENT: $100 (mandatory)

**COUNTS 4 & 5:**

VIOLATION:  21 U.S.C. § 841(a)(1) – Distribution of Cocaine

PENALTIES:  Imprisonment of up to 20 years; or
Fine of up to $1,000,000; or both fine and imprisonment
Supervised release of at least 3 years

SPECIAL ASSESSMENT: $100 (mandatory)

**FORFEITURE ALLEGATION:**

VIOLATION:  21 U.S.C. § 853(a), 18 U.S.C. § 924(d)(1), 26 U.S.C. § 5872, 28 U.S.C. § 2461(c), and 49 U.S.C. § 80303 – Criminal Forfeiture

PENALTIES:  As stated in the charging document