IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JULIAN ARELLANO-TAYLOR

        Defendant.

**SEALED**

CR NO: 2:24-cr-0092 KJM

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum   ☐ Ad Testificandum

| | |
|---|---|
| Name of Detainee: | Julian Arellano-Taylor |
| Detained at: | North Kern State Prison, Delano, CA |

Detainee is:
- a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
  charging detainee with: Unlawful Dealing in firearms, distribution of Cocaine, And other related offenses.
- or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
- a.) ☐ return to the custody of detaining facility upon termination of proceedings
- or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*As soon as practicable in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Emily Sauvageau |
| Printed Name & Phone No: | Assistant U.S. Attorney Emily Sauvageau – 916-554-2761 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum   ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee, as soon as practicable, for arraignment on the Indictment and prosecution in the above-captioned case in the Eastern District of California.

Dated: February 3, 2025

Honorable Sean C. Riordan
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒Male ☐Female | |
| Booking or CDC #: | BZ4920 | DOB: | 11/12/2003 |
| Facility Address: | 2737 W Cecil Ave, Delano, CA 93215 | Race: | |
| Facility Phone: | (661) 721-2345 | FBI#: | T82D39PAX |
| Currently | In custody of the State of California | | |

## RETURN OF SERVICE

Executed on: _____   _____
                                              (signature)