HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
JULIAN ARELLANO-TAYLOR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:24-CR-00092-DC |
|---|---|
| Plaintiff, | ) |
| | ) **STIPULATION AND [PROPOSED] ORDER TO** |
| vs. | ) **CONTINUE STATUS CONFERENCE AND** |
| | ) **EXCLUDE TIME** |
| JULIAN ARELLANO-TAYLOR, | ) |
| | ) Date:   March 7, 2025 |
| Defendant. | ) Time:  9:30 A.M. |
| | ) Judge: Hon. Dena Coggins |

IT IS HEREBY STIPULATED and agreed by and between Acting United States Attorney Michele Beckwith, through Assistant United States Attorneys Emily Sauvageau and Matthew De Moura, counsel for Plaintiff; and Federal Defender Heather Williams, through Assistant Federal Defender Christina Sinha, counsel for Mr. Arellano-Taylor, that the status conference, currently set for March 07, 2025, may be continued to March 28, 2025 with time between the dates excluded, as detailed below.

The parties specifically stipulate as follows:

1. Mr. Arellano-Taylor's initial appearance and arraignment on the indictment took place on February 10, 2025, at which time a status conference was set to the current date. Dkt. 10.

2. Since that date, the parties have negotiated a protective order, which was signed on February 24, 2025. Dkt. 16.

3. The defense has not yet received discovery in this matter, though anticipates it will be produced shortly. Without that discovery, the defense nonetheless has weeks' worth of investigation, legal research, and client consultation to conduct, and is seeking a continuance on that basis. Counsel believes that failure to grant the requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

4. The government does not object to the continuance.

5. Therefore, the parties stipulate that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Arellano-Taylor in a speedy trial, and respectfully request the Court so to find.

6. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (the Speedy Trial Act), the parties request that the time period between March 07, 2025 and March 28, 2025 (inclusive) be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Arellano-Taylor in a speedy trial.

The parties therefore respectfully move this Court to adopt the parties' stipulation as its Order.

*The remainder of this page is intentionally blank. Signature blocks immediately follow.*

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: February 27, 2025

*/s/ Christina Sinha*
CHRISTINA SINHA
Assistant Federal Defender
Attorneys for Defendant
JULIAN ARELLANO-TAYLOR

Date: February 27, 2025

MICHELE BECKWITH
Acting United States Attorney

*/s/ Emily Sauvageau*
EMILY SAUVAGEAU
Assistant United States Attorney
Attorneys for Plaintiff

**O R D E R**

The court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. Accordingly, the Status Conference set for March 7, 2025 is VACATED and RESET for March 28, 2025 at 9:30 AM in Courtroom 8 before the Honorable Dena M. Coggins. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (the Speedy Trial Act), the time period between March 7, 2025 and March 28, 2025 (inclusive) is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4).

IT IS SO ORDERED.

Dated:   **March 3, 2025**

Dena Coggins
United States District Judge