HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
JULIAN ARELLANO-TAYLOR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JULIAN ARELLANO-TAYLOR,<br><br>Defendant. | ) Case No.  2:24-CR-00092-DC<br>)<br>) **STIPULATION AND ORDER TO CONTINUE**<br>) **STATUS CONFERENCE AND EXCLUDE TIME**<br>)<br>) Date:  March 28, 2025<br>) Time:  9:30 A.M.<br>) Judge: Hon. Dena Coggins<br>)<br>) |

IT IS HEREBY STIPULATED and agreed by and between Acting United States Attorney Michele Beckwith, through Assistant United States Attorneys Emily Sauvageau and Matthew De Moura, counsel for Plaintiff; and Federal Defender Heather Williams, through Assistant Federal Defender Christina Sinha, counsel for Mr. Arellano-Taylor, that the status conference, currently set for March 28, 2025, may be continued to May 16, 2025 with time between the dates excluded, as detailed below.

The parties specifically stipulate as follows:

1.      Mr. Arellano-Taylor's initial appearance and arraignment on the indictment took place on February 10, 2025, at which time a status conference was set for March 07, 2025.  Dkt. 10.

2.      As requested in the parties' February 27, 2025 stipulation, the Court continued the status conference to the current date of March 28, 2025.  Dkt. 18.

3.    On March 03, 2025, the defense received 756 items of general discovery and 245 items designated at protected material, for a total of 1,001 items of discovery. Defense counsel requires further time to review that discovery, conduct legal research, investigate the case, consult with her client, explore potential resolutions, and otherwise prepare for trial. Counsel believes that failure to grant the requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

4.    The government does not object to the continuance.

5.    Therefore, the parties stipulate that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Arellano-Taylor in a speedy trial, and respectfully request the Court so to find.

6.    For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (the Speedy Trial Act), the parties request that the time period between March 28, 2025 and May 16, 2025 (inclusive) be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Arellano-Taylor in a speedy trial.

The parties therefore respectfully move this Court to adopt the parties' stipulation as its Order.

*The remainder of this page is intentionally blank. Signature blocks immediately follow.*

Stipulation and Order to Continue Status
Conference and Exclude Time                          -2-                    *United States v. Arellano-Taylor,*
2:24-CR-00092-DC

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: March 18, 2025          */s/  Christina Sinha*
CHRISTINA SINHA
Assistant Federal Defender
Attorneys for Defendant
JULIAN ARELLANO-TAYLOR

Date: March 18, 2025          MICHELE BECKWITH
Acting United States Attorney

*/s/ Emily Sauvageau*
EMILY SAUVAGEAU
Assistant United States Attorney
Attorneys for Plaintiff

1

**O R D E R**

2        The court, having received and considered the parties' stipulation, and good cause

3   appearing therefrom, adopts the parties' stipulation in its entirety as its order. Accordingly, the

4   status conference set for March 28, 2025 is VACATED and RESET for May 16, 2025 at 9:30

5   a.m. in Courtroom 8 before the Honorable Dena M. Coggins. For the purpose of computing time

6   under 18 U.S.C. § 3161 *et seq.* (the Speedy Trial Act), the time period between March 28, 2025

7   and May 16, 2025 (inclusive) be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv)

8   (Local Code T4).

9

10

11        IT IS SO ORDERED.

12   Dated:   **March 21, 2025**

13                                                      Dena Coggins
                                                       United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28