1 | ERIC GRANT
United States Attorney
2 | JUSTIN L. LEE
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916) 554-2700

5 | Attorneys for Plaintiff
United States of America

6

7

8 | UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 2:24-CR-00092-DC

12 | Plaintiff, | UNITED STATES'S SENTENCING MEMORANDUM

13 | v.

14 | JULIAN ARELLANO-TAYLOR, | DATE: August 22, 2025
TIME: 9:30 a.m.
COURT: Hon. Dena Coggins

15 | Defendant.

16

17 | **SENTENCING MEMORANDUM**

18 | A. **Introduction**

19 | The United States files this Sentencing Memorandum in advance of the Judgment

20 | and Sentencing Hearing set for August 22, 2025. At the hearing, the United States will

21 | recommend that the Court sentence the defendant to 108 months of incarceration, 36

22 | months of supervised release, and a $200 special assessment.

23 | B. **No Objections to the Presentence Investigation Report**

24 | On August 1, 2025, the Probation Officer filed the Presentence Investigation

25 | Report. PSR, ECF 26. The United States has reviewed the PSR and has no objections to

26 | the factual findings and guideline calculations. The Court should adopt the factual

27 | findings and guideline calculations in the PSR. In the PSR, the Probation Officer

28 | determined the total offense level to be 29 and criminal history category to be III. This

1  results in a guideline range of 108–135 months.

2  **C. <u>Sentencing Recommendation</u>**

3      The defendant pleaded guilty pursuant to a written plea agreement.  ECF 22.

4  Pursuant to the terms of that plea agreement, the United States recommends that the

5  Court sentence the defendant to a term of incarceration at the low-end of the guideline

6  range, 108 months (60 months on Count One and 108 months on Count Four to be run

7  concurrently).  In addition, the United States recommends that the Court sentence the

8  defendant to a term of supervised release of 36 months and a $200 special assessment.

9

10   Dated:  August 14, 2025                                   ERIC GRANT
                                                              United States Attorney
11

12                                                      By:  /s/ JUSTIN L. LEE
                                                            JUSTIN L. LEE
13                                                          Assistant United States Attorney

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28