To the Honorable Judge Coggins:

I want to start off this letter by saying thank you for your time and consideration – to read what I have to say.(given my current circumstances). First and foremost I want to begin by acknowledging the seriousness of my crime and acknowledging that I take full responsibility for my actions.

The 12 months I've been incarcerated has given me time to think/reflect. The situation that I put myself in has forced me to mature as well as grow up. There are individuals that come to you and say they've "changed" and they won't go back to their old ways, however continue to one way once they were prior to their term. While on my journey as I said before I was forced to grow up. I've seen several individuals come back without a care, not valuing their freedom. Seeing this made me reflect on myself and what I want out of life. Growing up I seen drug addiction and what poor decision making can get you. Still I chose the route that only guarantee two things death or prison… And truthfully I can't give you a logical explanation why I still chose this way of living. I could blame it on several things my upbringing, my environment or circumstances, not having a father figure or guidenance etc etc. However when it comes down to IT I have no excuse I DID THIS TO myself. I've seen induviduals in my shoes make a positive out of their negative situation however I still chose to continue the cycle which resulted in my current predicament. Being in this situation has humbled me and made me think of the longevity of my actions not only my actions But my life as hell. Sad to say my incarceration has saved me from my own self possibly even death. Overall I want to acknowledge theres no excues for my actions what so ever. I want to apologize to the courts for being a burden on the community carelessly committing these crimes. I want to apologize to my family for putting them through this hardship with me, and last but not least I want to apologize to the individuals that I possibly hurt due to the actions of my crimes. Once again thank you for taking your time to know who Julian Is and not view me based on my charges, thank you.

Julian A