https://ciris.mt.cdcr.ca.gov/details?cdcrNumber=BZ4920

DefenderNet | Namib Desert Webc... | Astronomy Picture... | defenderData - Web | JNet | Other favo

## CDCR California Incarcerated Records and Information Search (CIRIS)

< RETURN TO SEARCH RESULT

The information displayed below is subject to change and may update daily.

**Name** ARELLANO TAYLOR, JULIAN

**CDCR Number** BZ4920

**Age** 21

**Current Location** North Kern State Prison

LOCATE ON MAP

**Admission Date** Jan 28 2025

**Commitment County** San Joaquin

Rehabilitative Programs

Family and Friends

Victim Services

**Parole Eligible Date** **January, 2031**

**The Parole Eligible Date displayed above is subject to change.**
The date shown above is the earliest possible release date for this incarcerated person at this time. This is the earliest date the incarcerated person is expected to be released, based on current information. Incarcerated persons may earn credits for participating in rehabilitative programming, which may move their parole eligible dates to an earlier date. Incarcerated persons could also be found guilty of an institutional rules violation, which could result in a loss of credits that may move their parole eligible dates further into the future. Parole eligible dates may also change based on a variety of other reasons, including court orders, changes in law, and routine audits. Parole eligible dates displayed on this website are updated regularly.